**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JASON YARBROUGH,

      Plaintiff,

v.                                            Case No.:

BRUSH HOG GRINDING SERVICES, LLC,
a Florida Limited Liability Company,

      Defendants.
_____/

## NOTICE OF REMOVAL

TO:    The Judges of the United States District Court for the Middle District of Florida

    Defendant, BRUSH HOG GRINDING SERVICES, LLC ("Brush Hog"), by and through its undersigned counsel, hereby files its notice of removal of the above captioned case, brought by Plaintiff, JASON YARBROUGH (the "Plaintiff"), from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, in which court this action is now pending, to the District Court of the United States, Middle District of Florida, Orlando Division, and states:

    1.    An action was commenced against the Defendant in the Circuit Court for Orange County, Florida, entitled <u>Jason Yarbrough vs. Brush Hog Grinding Services, LLC</u>, Case No. 2019-CA-004533-O.  Brush Hog was served with a copy of the Summons and Complaint on April 29, 2019, as reflected in the Return of Service attached hereto.

    2.    All pleadings and papers that have been filed and served in the aforementioned action are attached to this Notice, in compliance with 28 U.S.C. 1446(b).

    3.    This Notice of Removal is timely filed within the time period prescribed by 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days after receipt by Brush Hog of the initial

pleading setting forth the claims for relief upon which this action is based. No further proceedings have been held herein nor have any other pleadings or papers been filed other than those attached hereto.

4. This Court has jurisdiction over these proceedings based on federal questions arising under alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. Plaintiff alleges that the sole basis for this action is the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA"). In particular, Plaintiff is seeking recovery of unpaid overtime compensation based on Defendant's alleged violations of the FLSA, and is seeking damages pursuant to the FLSA and its regulations. These allegations make this action removable on the face of the Complaint.

5. Thus, this Court has original jurisdiction under 28 U.S.C. §1331, and the matter may be removed to this Court by the Defendants pursuant to 28 U.S.C. §1441, in that the Complaint is a civil action of which the district courts have original jurisdiction founded on a claim or right arising under the laws of the United States.

6. Accordingly, this action is properly removed to the appropriate United States District Court pursuant to 28 U.S.C. §1441(a), which permits a defendant to remove an action to the district court of the United States for the district and division embracing the place where the action is pending. This action was brought in the Circuit Court for Orange County, Florida, and is being removed to the District Court of the United States, Middle District of Florida, Orlando Division, being the district and division in which the action is pending.

7. The Defendant has given notice of the filing of this Notice to the Plaintiff and a copy of this Notice has been filed with the Clerk of the Circuit Court for Orange County, Florida.

WHEREFORE, Defendant, Brush Hog, respectfully requests that the above captioned matter, now pending against it in the Circuit Court of Orange County, State of Florida, Civil Action Case No. 2019-CA-004533-O, be removed therefrom to this Court.

Respectfully submitted,

*/s/ Mary Ruth Houston, Esq.*
MARY RUTH HOUSTON, ESQ.
Florida Bar No. 869094
Primary: mhouston@shutts.com
Secondary: mljohnson@shutts.com
JACLYN S. CLARK, ESQ.
Florida Bar No. 117652
Primary: jclark@shutts.com
Secondary: rsouza@shutts.com
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801-5403
Telephone:     (407) 423-3200
Facsimile:      (407) 425-8316
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Removal was filed with the United States District Court, Middle District, via their CM/ECF system and was served via electronic mail and U.S. Mail, postage prepaid, this 24th day of May, 2019, to:

Noah E. Storch, Esq.
Alexandra R.F. Scala, Esq.
RICHARD CELLER LEGAL, P.A.
10368 W. State Rd. 84, Suite 230
Davie, FL  33324
noah@floridaovertimelawyer.com
Alexandra@floridaovertimelawyer.com


*/s/ Mary Ruth Houston*
Counsel

ORLDOCS 16921195 1